# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JEFFERY FINLEY <br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:21-mj-00328<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 3/21/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.1752(a)(1)and(2) | Knowingly Enter and Remain in any Restricted Building or Grounds without Lawful Authority and Engage in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds. |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Engage in Disorderly Conduct in any of the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Mark McNeal*
Complainant's signature

Mark E. McNeal, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 03/21/2021

2021.03.21 15:50:57 -04'00'
Judge's signature

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title