IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No: 21-MJ-328 (ZMF) |
| : | |
| **JEFFERY FINLEY,** : | |
| : | |
| **Defendant.** : | |
| : | |

**JOINT MOTION TO CONTINUE THE STATUS HEARING**

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Jeffery Finley ("Finley"), by and through his counsel, respectfully move the Court for an Order to continue today's (i.e., April 16, 2021) status hearing for 30 days and to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161, including Section 3161(b), from April 16, 2021, until the next status hearing in this case. In support of their Joint Motion, the Parties state as follows:

1. On March 21, 2021, Finley was arrested on criminal complaint on violations of 18 U.S.C. §§ 1752(a)(1) and (2), and 40 U.S.C. §§ 5104(e)(2)(D) and (G) for his conduct in and around the U.S. Capitol on January 6, 2021.

2. On March 29, 2021, Finley made his initial appearance before this Court. Defendant waived his right to a Preliminary Hearing, and a Status Hearing was set for April 16, 2021. On Motion of the Government, to which the defendant did not object, time was excluded under the Speedy Trial Act from March 29, 2021, through April 16, 2021.

3. Counsel have been in contact by email and telephone since March 29, 2021. Counsel have discussed and agree that the interests of justice are best served by the exclusion of

time under the Speedy Trial Act. Such period will allow the Parties additional time to engage in discovery and continued discussions about the case and will allow the parties additional time to prepare.

                      Respectfully submitted,

                      CHANNING D. PHILLIPS
                      Acting United States Attorney
                      D.C. Bar No. 415793

By:    */s/ Jason McCullough*
        JASON B.A. MCCULLOUGH
        D.C. Bar No. 998006; NY Bar No. 4544953
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7233
        jason.mccullough2@usdoj.gov


                      FEDERAL PUBLIC DEFENDER
                      COUNSEL FOR DEFENDANT

By:    */s/ Aaron Moss*
        AARON DAVID MOSS
        FEDERAL PUBLIC DEFENDER OFFICE
        651 Foxcroft Ave.
        Suite 202
        Martinsburg, WV 25401
        (304) 260-9421
        aaron_moss@fd.org

Dated: April 16, 2021