IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No: 21-MJ-328 (ZMF) |
| : | |
| **JEFFERY FINLEY,** : | |
| : | |
| **Defendant.** : | |
| : | |

### JOINT MOTION TO CONTINUE THE STATUS HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Jeffery Finley ("Finley"), by and through his counsel, respectfully move the Court for an Order to continue the status hearing scheduled for May 14, 2021, for 14 days and to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161, including Section 3161(b), from May 14, 2021, until the next status hearing in this case. In support of their Joint Motion, the Parties state as follows:

1. On March 21, 2021, Finley was arrested on criminal complaint on violations of 18 U.S.C. §§ 1752(a)(1) and (2), and 40 U.S.C. §§ 5104(e)(2)(D) and (G) for his conduct in and around the U.S. Capitol on January 6, 2021.

2. On March 29, 2021, Finley made his initial appearance before this Court. Defendant waived his right to a Preliminary Hearing, and a Status Hearing was set for April 16, 2021. On Motion of the Government, to which the defendant did not object, time was excluded under the Speedy Trial Act from March 29, 2021, through April 16, 2021.

3. Pursuant to a joint motion filed on April 16, 2021, counsel moved to continue the status hearing for 30 days. Pursuant to the joint motion, the parties represented that they had

discussed and agreed that the interests of justice are best served by the exclusion of time under the Speedy Trial Act. The parties further represented that such period would allow the Parties additional time to engage in discovery and continued discussions about the case and would allow the parties additional time to prepare. The motion was granted and the status hearing was rescheduled for May 14, 2021.

4. Counsel have been in contact by email and telephone since April 16, 2021. Counsel have discussed and agree that the interests of justice are best served by the exclusion of time under the Speedy Trial Act. Such period will allow the Parties additional time to engage in discovery and continued discussions about the case and will allow the parties additional time to prepare.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ Jason McCullough
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov


FEDERAL PUBLIC DEFENDER
COUNSEL FOR DEFENDANT

By: /s/ Aaron Moss
AARON DAVID MOSS
FEDERAL PUBLIC DEFENDER OFFICE
651 Foxcroft Ave.
Suite 202
Martinsburg, WV 25401
(304) 260-9421
aaron_moss@fd.org

Dated: May 13, 2021