**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No: 21-MJ-328 (ZMF)** |
| | **:** | |
| **JEFFERY FINLEY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## JOINT MOTION TO CONTINUE THE STATUS HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Jeffery Finley ("Finley"), by and through his counsel, respectfully move the Court for an Order to continue the status hearing scheduled for June 28, 2021, for 30 days and to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161, including Section 3161(b), from June 28, 2021, until the next status hearing in this case. In support of their Joint Motion, the Parties state as follows:

1.      On March 21, 2021, Finley was arrested on criminal complaint on violations of 18 U.S.C. §§ 1752(a)(1) and (2), and 40 U.S.C. §§ 5104(e)(2)(D) and (G) for his conduct in and around the U.S. Capitol on January 6, 2021.

2.      On March 29, 2021, Finley made his initial appearance before this Court. Defendant waived his right to a Preliminary Hearing, and a Status Hearing was set for April 16, 2021. On Motion of the Government, to which the defendant did not object, time was excluded under the Speedy Trial Act from March 29, 2021, through April 16, 2021.

3.       Pursuant to a joint motion filed on April 16, 2021, counsel jointly moved to continue the status hearing for 30 days. Based on the representations of the parties, time was excluded under the Speedy Trial Act from April 16, 2021, through May 14, 2021.

4.       Pursuant to a joint motion filed on May 13, 2021, counsel jointly moved to continue the status hearing for 14 days. Based on the representations of the parties, time was excluded under the Speedy Trial Act from May 14, 2021, through May 28, 2021.

5.       On May 13, 2021, the government filed an unopposed motion for a protective order, which was subsequently granted and entered in this case.

6.       On May 28, 2021, the parties appeared for a status conference before Magistrate Judge Robin M. Merriweather. A status conference was set for June 28, 2021. Based on the representations of the parties during the hearing, time was excluded under the Speedy Trial Act from May 28, 2021, through June 28, 2021.

7.       Since the hearing on May 28, 2021, counsel have continued to engage in communications by phone and email. Counsel have discussed and agree that the interests of justice are best served by the exclusion of time under the Speedy Trial Act. Such period will allow the Parties additional time to engage in discovery and continued discussions about the case and will allow the parties additional time to prepare.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:      */s/  Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

(202) 252-7233
jason.mccullough2@usdoj.gov


FEDERAL PUBLIC DEFENDER
COUNSEL FOR DEFENDANT

By:      */s/  Aaron Moss*
AARON DAVID MOSS
FEDERAL PUBLIC DEFENDER OFFICE
651 Foxcroft Ave.
Suite 202
Martinsburg, WV 25401
(304) 260-9421
aaron_moss@fd.org

Dated: June 25, 2021