IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No: 21-MJ-328 (ZMF)** |
| : | |
| **JEFFERY FINLEY,** : | |
| : | |
| **Defendant.** : | |
| : | |

**JOINT MOTION TO CONTINUE THE STATUS HEARING**

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Jeffery Finley, by and through his counsel, respectfully move the Court for an Order to continue the status hearing scheduled for July 28, 2021, and to set the next status hearing on Thursday, August 19, 2021.

In support of this motion, the parties state as follows:

1. On March 21, 2021, Mr. Finley was arrested on criminal complaint on violations of 18 U.S.C. §§ 1752(a)(1) and (2), and 40 U.S.C. §§ 5104(e)(2)(D) and (G) for his conduct in and around the U.S. Capitol on January 6, 2021. Mr. Finley made his initial appearance in this district on March 29, 2021.

2. Other than the seven (7) days expired between Mr. Finley's arrest on March 21, 2021, and Mr. Finley's initial appearance in this district on March 29, 2021, the Court has made findings based on the parties' representations and tolled time under the Speedy Trial Act in the interests of justice. See 21-MJ-328 (Orders on March 29, April 19, May 13, May 28, and June 29, 2021).

3. Accordingly, the parties calculate that, pursuant to 18 U.S.C. § 3161(b), an information or indictment must be filed on or before August 20, 2021.

4. The parties further represent that, while the parties' prior representations concerning the complexity of the case, the volume of discovery, and the parties' need for time to prepare remain materially unchanged, the parties do not move this Court to toll additional time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(b).

5. The parties respectfully request that the next status conference be set on August 19, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ Jason McCullough
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov


FEDERAL PUBLIC DEFENDER
COUNSEL FOR DEFENDANT

By:   /s/ Aaron Moss
AARON DAVID MOSS
FEDERAL PUBLIC DEFENDER OFFICE
651 Foxcroft Ave.
Suite 202
Martinsburg, WV 25401
(304) 260-9421
aaron_moss@fd.org

Dated: July 28, 2021