IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : Case No: 21-MJ-328 (ZMF) |
| JEFFERY FINLEY, | : |
| Defendant. | : |

### ORDER

Having considered the Parties' Joint Motion to Continue the Status Hearing and for good cause shown it is hereby:

**ORDERED** that the Motion is GRANTED; it is

**FURTHER ORDERED** that the Status Hearing currently scheduled for July 28, 2021 at 1:00 p.m. be continued to August 19, 2021 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather.

**SO ORDERED** this 28th day of July 2021.

G. Michael Harvey
2021.07.28 13:24:33 -04'00'

_____
THE HONORABLE G. MICHAEL HARVEY
United States Magistrate Judge